JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>　　　　Defendants. | CASE NO.: 2:23-cv-09393-FMO-AGR<br><br>Judge: Hon. Fernando M. Olguin<br><br>**ORDER RE: STIPULATION [29] FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>[Filed concurrently with stipulation] |

　　Having considered the Stipulation of Plaintiff Judith Houston and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC and good cause appearing:

　　**IT IS HEREBY ORDERED** that this entire action is dismissed without prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

　　The previously set April 25, 2024 Status Conference is hereby vacated.

Dated: ___April 4___, 2024

/s/
Hon. Fernando M. Olguin
United States Judge